Philip BLANDING, Respondent,

v.

SPORTS & HEALTH CLUB, INC., Relator.

No. C5–85–305.

Supreme Court of Minnesota.

July 2, 1986.

ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Court of Appeals filed August 27, 1985, be, and the same is, affirmed without opinion. *See* Minnesota Rules of Civil Appellate Procedure 136.01, subd. 1(b); and *Potter v. LaSalle Court Sports & Health Club*, 384 N.W.2d 873 (Minn. 1986).

COYNE, J., took no part.

John R. LEE, et al., Respondents,

v.

INDUSTRIAL ELECTRIC COMPANY, et al., Defendants,

Conkey & Associates, Inc., Petitioner, Appellant,

and

McKENZIE-HAGUE-GILLES COMPANY, Defendant and Third Party Plaintiff,

v.

FARMERS UNION GRAIN TERMINAL ASSOCIATION, Third Party Defendant.

No. C8–85–654.

Supreme Court of Minnesota.

July 2, 1986.

ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Court of Appeals filed October 29, 1985, be, and the same is, affirmed without opinion. *See* Minnesota Rules of Civil Appellate Procedure 136.01, subd. 1(b); and *Lovgren v. Peoples Electric Co.*, 380 N.W.2d 791 (Minn.1986).